PS 8
(8/88)

FILED BY ___ D.C.

# United States District Court
## for
## Western District of Tennessee

05 JUN 16 PM 1: 26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Bryant Edwards

Docket No. 05-20039-02
and Docket No. 05-20143-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Stephanie K. Denton presenting an official report upon the conduct of Defendant Bryant Edwards who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, on the 28th day of February, 2005, under the following conditions:

1) Report to Pretrial Services as directed, 2) Maintain or actively seek employment, 3) Refrain from possessing a firearm, destructive device, or other dangerous weapon, 4) Refrain from any unlawful possession or use of a controlled substance, 5) Submit to substance abuse testing as directed by Pretrial Services, and 6) Participate in substance abuse counseling if deemed advisable by Pretrial Services

Since the defendant's release on pretrial release on March 21, 2005, the defendant has violated the following terms of his release:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**See attached page.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this **16** day of **June**, 20 **05** and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge/Magistrate | Executed on June 13, 2005<br><br>_Stephanie K Denton_<br>U.S. Pretrial Services Officer<br><br>Place   Memphis, TN |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **6-16-05**



PS-8- Continued- Page 2

### Report to Pretrial Services as directed
Defendant Edwards failed to report in person to Pretrial Services on May 9, 2005, May 10, 2005, May 12, 2005, and May 13, 2005. A failure to report letter was sent to the defendant on May 17, 2005. Defendant Edwards has not reported to Pretrial Services in person since April 29, 2005.

### Refrain from any unlawful possession or use of a controlled substance
On April 15, 2005, the defendant tested positive for amphetamines. On May 9, 2005, the defendant verbally admitted to using methamphetamine one time while supervised on pretrial release.

### Submit to substance abuse testing as directed by Pretrial Services
Defendant Edwards has been unable to be tested since April 29, 2005, due to his failure to report as directed.

On April 21, 2005, Defendant Edwards was arrested on indictment number 05-20143-01 charging him with Conspiracy and Possession with Intent to Distribute in Excess of 50 Grams of Methamphetamine. On April 27, 2005, Defendant Edwards appeared before U.S. Magistrate Tu M. Pham for the purpose of a detention hearing. The defendant was ordered released on the same bond and existing conditions of release as set in indictment number 05-20039-02.

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE.

BOND RECOMMENDATION: NONE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20039 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT