**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED ____ ___ D.C.

05 JUN 22 AM 8: 08

ROBERT H. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**BRYANT EDWARDS**

Case No.  **2:05cr20039-2-Ml**
Case No.  **2:05cr20143-1-Ml**

---

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a bond revocation hearing is set for

**FRIDAY, JUNE 24, 2005** at **2:45 P.M.** before United States Magistrate **Judge Tu M. Pham** in

**Courtroom No. 6, Third Floor**, United States Courthouse and Federal Building, 167 North Main,

Memphis,  TN.  Pending this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Date:   June 21, 2005

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **6-22-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20039 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT