IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JPW_ D.C.

05 DEC 20 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA                      )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )     Criminal No. 05-20039 M1
                                              )
                                              )     (30-Day Continuance)
   Bryant Edwards                             )
                                              )
                                              )
_____              )
                                              )
_____              )
                                              )
_____              )
                                              )
_____              )
                                              )
        Defendant(s).                         )

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the January, 2006, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, January 27, 2006, with trial to take place on the February, 2006, rotation calendar with the time excluded under the Speedy Trial Act through February 17, 2006. Agreed in open court at report date this 20th day of December, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-21-05_

66

SO ORDERED this 20th day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Assistant United States Attorney

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:05-CR-20039 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT